NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FRANK OLMS,                                      )
                                                 )
            Appellant,                           )
                                                 )
v.                                               )        Case No. 2D18-3678
                                                 )
STATE OF FLORIDA,                                )
                                                 )
            Appellee.                            )
                                                 )
_____)

Opinion filed October 25, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Sarasota County; Debra Johnes Riva,
Judge.

W. Charles Fletcher, Jacksonville, for
Appellant.


PER CURIAM.


            Affirmed.


VILLANTI, MORRIS, and ATKINSON, JJ., Concur.